UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAY DOKUM VE MADENI AKSAM
SANAYI TURIZM A.S.,

            Plaintiff,

- against -

MTS LOGISTICS, INC.,

            Defendant.

**ORDER**

17 Civ. 7495 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Plaintiff's proposed motion to amend its complaint:

1. Plaintiff's motion is due on **January 31, 2020**;
2. Defendant's opposition is due on **February 14, 2020**; and
3. Plaintiff's reply, if any, is due on **February 21, 2020**.

Dated: New York, New York
       December 17, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge