UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SARAY DOKUM VE MADENI AKSAM SANAYI :
TURIZM A.S.,
                                                                              :
                                                                                        ORDER
                          Plaintiff,                                  :
                                                                                        17 Civ. 7495 (PGG) (GWG)

          -v.-                                                           :

MTS LOGISTICS INC.,                                       :

                          Defendant.                              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The discovery conference scheduled Tuesday May 19, 2020, at 3:30 p.m. is changed to a <u>telephone</u> conference.  At that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

    When addressing the Court, counsel must <u>not</u> use a speakerphone.

    Upon receipt of this Order, each counsel is directed to confirm with all other counsel that they have received the Order.

    SO ORDERED.

Dated: April 21, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge