UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAY DOKUM VE MADENI AKSAM SANAYI :
TURIZM A.S.,
                                                                          :
                                                                                           ORDER
            Plaintiff,                                          :
                                                                                           17 Civ. 7495 (PGG) (GWG)

      -v.-                                                      :

MTS LOGISTICS INC.,                                  :

            Defendant.                                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Upon the application of the defendant, IT IS HEREBY ORDERED that on or before June 2, 2020, plaintiff shall provide to defendant a copy of the settlement agreement between plaintiff and Oxyde Chemicals that settled the arbitration between them, with the following provisos: (1) plaintiff may redact any terms or provisions that do not concern payments made or due to plaintiff under the agreement; and (2) the agreement shall be used only for purposes of this litigation.

      If any non-party wishes to object to this Order, it shall file an application compliant with paragraph 2.A of this Court's Individual Practices on or before June 1, 2020.

      SO ORDERED.

Dated: May 19, 2020
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge