UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAY DOKUM VE MADENI AKSAM
SANAYI TURIZM A.S.,

           Plaintiff,

– v.–

MTS LOGISTICS INC.,

           Defendant.

**ORDER**

17 Civ. 7495 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule shall apply to the parties' proposed motions for summary judgment (Dkt. Nos. 92, 93):

1. Defendant's motion for summary judgment shall be due **August 20, 2020**.

2. Plaintiff's combined motion for summary judgment and opposition to Defendant's motion shall be due **September 21, 2020**.

3. Defendant's combined reply in support of its motion, if any, and opposition to Plaintiff's motion shall be due **October 5, 2020**.

4. Plaintiff's reply in further support of its motion, if any, shall be due **October 19, 2020**.

Dated: New York, New York
       July 20, 2020

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge