```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
SARAY DOKUM VE MADENI AKSAM SNAYI                                  :
TURIZM A.S.,                                                       :
                                                                   :
                    Plaintiff,                                     :   17-CV-7495 (JPC)
                                                                   :
            -v-                                                    :   ORDER
                                                                   :
MTS LOGISTICS, INC.,                                               :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties are directed to appear for a conference on May 11, 2021 at 3:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The purpose of this conference is to discuss *MTS Logistics Inc. v. Saray Dokum Ve Madeni Aksamsanayi Turizm A.S.*, No. 21 Civ. 4016, which Mr. Stewart recently filed in this District.

SO ORDERED.

Dated: May 7, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge