UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
SARAY DOKUM VE MADENI AKSAM SNAYI
TURIZM A.S.,

               Plaintiff,                       17-CV-7495 (JPC)

               -v-                                  ORDER

MTS LOGISTICS, INC.,

               Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court understands that settlement negotiations have been unsuccessful. *See* Dkt. 145. Accordingly, the Court will conduct a bench trial beginning on December 6, 2021. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-pcronan.

     The joint proposed pretrial order and all other required pretrial filings, including any motions *in limine*, shall be filed in accordance with 7.B and 7.D-E of the Court's Individual Rules and Practices in Civil Cases November 1, 2021. Any opposition to a motion *in limine* shall be filed by November 8, 2021. The parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by December 1, 2021. The parties shall appear for a final pretrial conference on November 30, 2021 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

     SO ORDERED.

Dated: July 14, 2021
      New York, New York

                                                  JOHN P. CRONAN
                                                United States District Judge