```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SARAY DOKUM VE MADENI AKSAM SNAYI                                :
TURIZM A.S.,                                                     :
                                                                 :    17 Civ. 7495 (JPC)
                            Plaintiff,                           :
                                                                 :    ORDER
       -v-                                                       :
                                                                 :
MTS LOGISTICS, INC.,                                             :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 15, 2021, the Court granted Defendant MTS Logistics, Inc.'s request for an adjournment of the deadlines for the filing of the joint pretrial order and related submission, as well as an adjournment of the final pretrial conference and bench trial. Dkt. 150. The Court granted Defendant's adjournment request to provide defense counsel sufficient time to familiarize himself with the facts of the case and to prepare for trial. The parties shall appear by telephone for a status conference on December 2, 2021 at 1:00 p.m. to discuss the status of the case and the bench trial scheduled for February 7, 2022. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge