UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SARAY DOKUM VE MADENI AKSAM SNAYI :
TURIZM A.S.,                                                                        :
:   17 Civ. 7495 (JPC)
Plaintiff,                            :
:   ORDER
-v-                                                                      :
:
MTS LOGISTICS, INC.,                                                 :
:
Defendant.                         :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's letter dated December 20, 2021 informing the Court that "it will be necessary for the key witnesses on behalf of plaintiff *Saray* to testify at the trial . . . with the assistance of a Turkish language translator." Dkt. 152. The Court reminds the parties that it is their responsibility to secure qualified interpreters for trial. Furthermore, to the extent any of the witnesses requiring the assistance of an interpreter anticipate testifying remotely via videoconference, as the parties indicated to the Court during the December 2, 2021 conference, the parties shall advise the Court by January 10, 2022 whether remote testimony is still feasible and any logistical challenges that the parties anticipate during trial.

SO ORDERED.

Dated: December 20, 2021
    New York, New York                         _____
                                                                JOHN P. CRONAN
                                                                United States District Judge