UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                 :

SARAY DOKUM VE MADENI AKSAM SNAYI
TURIZM A.S.,

                               Plaintiff,

                -v-

MTS LOGISTICS, INC.,

                             Defendant.
-------------------------------------------------------------------X

17 Civ. 7495 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

       The Court will conduct a bench trial beginning on October 24, 2022.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-pcronan.  By September 27, 2022, the parties shall file an updated proposed joint pretrial order and all other required pretrial filings, including any motions *in limine*, in accordance with 7.B and 7.D-E of the Court's Individual Rules and Practices in Civil Cases.  Any opposition to a motion *in limine* shall be filed by October 4, 2022.  The parties shall submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by October 18, 2022.  Furthermore, the parties shall appear for a final pretrial conference on October 18, 2022, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

       SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                                                  JOHN P. CRONAN
                                                                  United States District Judge