```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
SARAY DOKUM VE MADENI AKSAM SNAYI                                  :
TURIZM A.S.,                                                       :
                                                                   :
                        Plaintiff,                                 :      17 Civ. 7495 (JPC)
                                                                   :
            -v-                                                    :      ORDER
                                                                   :
MTS LOGISTICS, INC.,                                               :
                                                                   :
                        Defendant.                                 :
                                                                   X
-------------------------------------------------------------------
```

JOHN P. CRONAN, United States District Judge:

The Court received an email from Plaintiff declining to submit revised Proposed Findings of Fact and Conclusions of Law but noting that Plaintiff's original Proposed Findings of Fact are "more fully substantiated following the reopening of discovery." Plaintiff's email also included a deposition transcript of Mr. Murat Sarayli, as well as a summary of relevant excerpts.

By September 30, 2022, Plaintiff shall submit a revised Proposed Findings of Fact and Conclusions of Law incorporating the citations to Mr. Sarayli's deposition transcript where relevant.

SO ORDERED.

Dated: September 28, 2022  
      New York, New York

                                                  JOHN P. CRONAN  
                                                United States District Judge