# MONTGOMERY McCRACKEN
## ATTORNEYS AT LAW

**Vincent M. DeOrchis**
Admitted in New York

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7730
Fax: 212-599-5085
Email: vdeorchis@mmwr.com

November 7, 2022

VIA ECF:

Hon. John P. Cronan
United State District Court Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *Saray Dokum ve Madeni Aksam Sanayi Turizm A.S.*
               *v. MTS Logistics, Inc.*
               USDC/SDNY 1:17-cv-07495
               Our c/m no.: 67835.00002

Dear Honorable Judge Cronan:

      We represent Defendant MTS Logistics, Inc. in the above captioned litigation. As communicated to the Court by telephone a few minutes ago, we write jointly and in agreement with Plaintiff's counsel to request a short extension up to and including Friday November 11, 2022 to file the post-trial letter briefs. The short extension is requested to allow both parties to better craft the post-trial submission given the amount of material involved. Furthermore, the extension is need by Defendant's counsel who has been involved in an emergency proceeding pending before the District Court of Alabama over the past two days.

      According to the new proposed schedule the current deadlines would be affected as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Post-Trial Letter Briefs | November 8, 2022, | November 11, 2022, |

      This is the first request for an extension of time to file the Post-Trial letter briefs in this matter.

Page 2

  We thank your Honor for his direction in this matter and are available to discuss any concern that the Court may have.

            Respectfully submitted,

            /s/Vincent M. DeOrchis

CC VIA ECF:
ALL COUNSEL OF RECORDS

The request is granted. The deadline to submit post trial briefs is adjourned to November 11, 2022.  The parties are reminded that pursuant to the Court's Individual Rules and Practices in Civil Cases, "communications with Chambers shall be by letter," Rule 1.A, and telephone calls are permitted only for "situations requiring immediate attention," Rule 1.B.

SO ORDERED.

November 7, 2022
New York, New York

          _____
          JOHN P. CRONAN
          United States District Judge