```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SARAY DOKUM VE MADENI AKSAM SNAYI                                      :
TURIZM A.S.,                                                           :
                                                                       :
                              Plaintiff,            :    17 Civ. 7495 (JPC)
                                                                       :
              -v-                                   :    ORDER
                                                                       :
MTS LOGISTICS, INC.,                                                   :
                                                                       :
                              Defendant.            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      In light of the Court's Findings of Fact and Conclusions of law in which the Court found MTS was not liable to Saray and awarded MTS attorney's fees, *see* Dkt. 198, MTS shall file a status letter by August 18, 2023 addressing whether it agrees to voluntarily dismiss its claims in *MTS Logistics, Inc. v. Saray Dokum ve Madein Sanayi Turizm A.S.*, No. 21 Civ. 4016 (JPC) (S.D.N.Y.), and if not, why its claims in that case are not duplicative of its counterclaims in the above-captioned case.

      SO ORDERED.

Dated: August 14, 2023  
     New York, New York

                                                          JOHN P. CRONAN  
                                                          United States District Judge