**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SARAY DOKUM ve MADENI AKSAM
SANAYI TURIZM A.S.,

                 Plaintiff,                     17 **CIVIL** 7495 (JPC)

      -against-                         **JUDGMENT**
                                   **For Attorney's Fees**

MTS LOGISTICS, INC.,
                 Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Findings of Fact and Conclusions of Law dated August 11, 2023 and

Stipulation dated August 18, 2023, Defendant MTS Logistics, Inc is awarded reasonable

attorney's fees in the amount of $295,000.00; accordingly, case is closed.


**Dated:**  New York, New York
        August 21, 2023


                                      **RUBY J. KRAJICK**

                                 _____
                                     **Clerk of Court**

               **BY:**                     

                                _____
                                     **Deputy Clerk**